868 A.2d 378

Jude BRUNSON, Petitioner

v.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS
et al., Respondents.

Supreme Court of Pennsylvania.

Feb. 10, 2005.

### ORDER

PER CURIAM:

AND NOW, this 10th day of February, 2005, the Petition for Allowance of Appeal having been improvidently filed, the document is hereby regarded as a notice of appeal from the order of the Commonwealth Court. *See* Pa.R.A.P. 1103. As Petitioner's allegations of error are without merit, the order of the Commonwealth Court is hereby AFFIRMED.